

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00348-CV

DAVID COLE D/B/A FINANCIAL FUNDING GROUP, Appellant

V.

HUNG NGUYEN, Appellee

Appeal from the 270th District Court of Harris County.   (Tr. Ct. No. 2012-65954).

Appellant, David Cole d/b/a Financial Funding Group, has neither established indigence nor paid, or made arrangements to pay, all the required fees.   Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, David Cole d/b/a Financial Funding Group, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.